# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| T.F., by his next friend Tracy Keller; K.D., and C.O., by their next friend Laura Ferenci; L.L., by his next friend Gerald Kegler; T.T., and M.T., by their next friend Dr. Caryn Zembrosky; T.M., T.E., A.T., by their next friend James Dorsey; A.W., and J.W., by their next friend Margaret Shulman; I.W., D.W., and B.W., by their next friend Gloria Anderson, all on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>Hennepin County; Hennepin County Department of Human Service and Public Health; David J. Hough, Hennepin County Administrator; Jennifer DeCubellis, Hennepin County Deputy Administrator for Health and Human Services; Jodi Wentland, Hennepin County Director of Human Services; Janine Moore, Director, Hennepin County Child and Family Services; Emily Piper, Commissioner, Minnesota Department of Human Services;<br><br>          Defendants. | Civ. No. 17-1826 (PAM/BRT)<br><br><br><br><br><br><br><br>**ORDER** |

Erica A. Reed, Esq., Sarah Jaffe, Esq., and Marcia Robinson Lowry, Esq., A Better Childhood, Inc.; Eric Jason Hecker, Esq., Cuti Hecker Wang LLP; Nicholas J. Nelson, Esq., Joan Akalaonu, Esq., Anne Kruger, Esq., James L. Volling, Esq., Jeffrey P. Justman, Esq., Larry E. LaTarte, Esq., Laura Reilly, Esq., Staci L. Perdue, Esq., and Nathaniel J. Zylstra, Esq., Faegre Baker Daniels LLP; and Cicely R. Miltich, Esq., Dentons US LLP, counsel for Plaintiffs.

Rachel Ann Kitze Collins, Esq., Brian D. Clark, Esq., Charles N. Nauen, Esq., and David J. Zoll, Esq., Lockridge Grindal Nauen P.L.L.P.; Michael O. Freeman, Esq., and Daniel

P. Rogan, Esq., Hennepin County Attorney's Office, counsel for Hennepin County Defendants.

Alethea M. Huyser, Esq., Jason Marisam, Esq., and Janine Wetzel Kimble, Esq., Minnesota Attorney General's Office, counsel for DHS Defendant.

In the Court's November 27, 2018 Order (Doc. No. 198), the Court temporarily appointed the Proposed Next Friends for the Minor Named Plaintiffs C.O., J.W., I.W., D.W., B.W., M.T., T.T., and A.W. for a period of ninety days. In an Order dated February 14, 2019, the Court extended the period until April 15, 2019. (Doc. No. 205.) On March 26, 2019, based on the request of counsel, the Court extended the period to May 15, 2019. (Doc. No. 206.) The Court hereby extends the period further as stated below.

**IT IS HEREBY ORDERED** that:

1. The Proposed Next Friends that were temporarily appointed for the Minor Named Plaintiffs C.O., J.W., I.W., D.W., B.W., M.T., T.T., and A.W. for a period of ninety days in the Court's November 27, 2018 Order remain temporarily appointed for those Minor Named Plaintiffs for an extended period until **July 1, 2019**.

2. A status call remains set for **June 17, 2019, at 9:30 a.m.** Counsel should connect and jointly call in to Chambers.

Date: June 4, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge