# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| T.F., by his next friend Tracy Keller, et al. | ) COURT MINUTES – CIVIL<br>) BEFORE:  BECKY R. THORSON<br>) U.S. MAGISTRATE JUDGE |

T.F., by his next friend Tracy Keller, et al.

           Plaintiffs,

v.

Hennepin County, et al.,

           Defendants.

| ) | Case No: | 17-1826 PAM/BRT |
|---|---|---|
| ) | Date: | June 18, 2019 |
| ) | Time Commenced: | 1:35 pm |
| ) | Time Concluded: | 1:45 pm |
| ) | Time in Court: | 10 Minutes |

Hearing on: **TELEPHONE STATUS CONFERENCE**

**APPEARANCES:**

    Plaintiffs:    James L. Volling

    Defendants:  Charles N. Nauen, Janine Wetzel Kimble

**PROCEEDINGS:**

    X    By Telephone

**Other Remarks:**

    Telephone status conference held.

          *s/ Melissa S. Kruger*
          Courtroom Deputy/Judicial Assistant