# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| T.F. by his next friend Tracy Keller; K.D. by his next friend Laura Ferenci; C.O. by her next friend Laura Ferenci; L.L. by his next friend Gerald Kegler; T.T. and M.T. by their next friend Dr. Caryn Zembrosky; T.M., T.E., and A.T. by their next friend James Dorsey; A.W. and J.W. by their next friend Margaret Shulman, and I.W., D.W., and B.W by their next friend Gloria Anderson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Hennepin County; Hennepin County Department of Human Services and Public Health; David J. Hough, Hennepin County Administrator; Jennifer DeCubellis, Hennepin County Deputy Administrator for Health and Human Services; Jodi Wentland, Hennepin County Director of Human Services; Janine Moore, Director, Hennepin County Child and Family Services; and Tony Lourey, Commissioner, Minnesota Department of Human Services,<br><br>    Defendants. | Civil No. 0:17-cv-01826-PAM-BRT<br><br><br><br>**STIPULATION TO SUSPENSION OF LITIGATION DEADLINES** |

  WHEREAS the parties to this action have executed a Stipulation and Settlement Agreement, which will resolve and settle all disputed claims among them;

  WHEREAS the parties intend to submit the Stipulation and Settlement Agreement to the Court seeking preliminary and final approval under Fed. R. Civ. P. 23(e); and

526251.1

WHEREAS the parties have agreed that all litigation deadlines should be suspended pending the Court's decision on approval of the settlement.

Accordingly, Plaintiffs and Defendants stipulate and respectfully request that the Court enter an Order suspending all litigation deadlines, pending the Court's decision on preliminary and final approval of the proposed settlement.

| | |
|---|---|
| Dated:  July 11, 2019 | **FAEGRE BAKER DANIELS LLP**<br><br>*s/ James L. Volling*<br>James L. Volling, MN Atty #113128<br>  *James.Volling@FaegreBD.com*<br>Larry E. LaTarte, MN Atty #0397782<br>  *Larry.LaTarte@FaegreBD.com*<br>Nathaniel J. Zylstra, MN Atty #0314328<br>  *Nathaniel.Zylstra@FaegreBD.com*<br>Nicholas J. Nelson, MN Atty #0391984<br>  *Nicholas.Nelson@FaegreBD.com*<br>Jeffrey P. Justman, MN Atty #0390413<br>  *Jeff.Justman@FaegreBD.com*<br>Laura Reilly, MN Atty #0397655<br>  *Laura.Reilly@FaegreBD.com*<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>Telephone: (612) 766-7000<br><br>A BETTER CHILDHOOD, INC.<br>Marcia Robinson Lowry (admitted *pro hac vice*)<br>  *mlowry@abetterchildhood.org*<br>Sarah Jaffe (admitted *pro hac vice*)<br>  *sjaffe@abetterchildhood.org*<br>355 Lexington Ave., 16th Floor<br>New York, New York 10017 |

|  |  |
|---|---|
|  | CUTI HECKER WANG LLP<br>Eric Hecker (admitted *pro hac vice*)<br>  *ehecker@chwllp.com*<br>305 Broadway<br>New York, New York 10007<br>***Attorneys for Plaintiffs*** |
| Dated:  July 11, 2019 | **OFFICE OF THE ATTORNEY GENERAL**<br>**State of Minnesota**<br><br>*s/ Jason Marisam*<br>Janine Kimble, MN Atty #0392032<br>  *janine.kimble@ag.state.mn.us*<br>Jason Marisam, MN Atty #0398187<br>  *jason.marisam@ag.state.mn.us*<br>Assistant Attorneys General<br>445 Minnesota Street, Suite 1100<br>St. Paul, MN  55101-2128<br>(651) 757-1243<br><br>**ATTORNEYS FOR DEFENDANT TONY LOUREY** |

Dated:  July 11, 2019          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*s/ Charles N. Nauen*
Charles N. Nauen, MN Atty #121216
  *cnnauen@locklaw.com*
David J. Zoll, MN Atty #0330681
  *djzoll@locklaw.com*
Brian D. Clark, MN Atty #0390069
  *bdclark@locklaw.com*
Rachel A. Kitze Collins, MN Atty #0396555
  *rakitzecollins@locklaw.com*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(651) 339-6900

Michael O. Freeman, MN Atty #0031860
  *michael.freeman@hennepin.us*
Daniel P. Rogan, MN Atty #0274458
  *daniel.rogan@hennepin.us*
HENNEPIN COUNTY ATTORNEY'S OFFICE
C-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487
(612) 348-5550

**ATTORNEYS FOR DEFENDANTS HENNEPIN COUNTY; HENNEPIN COUNTY DEPARTMENT OF HUMAN SERVICES AND PUBLIC HEALTH, DAVID J. HOUGH, JENNIFER DeCUBELLIS, JODI WENTLAND, AND JANINE MOORE**