## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| T.F. by his next friend Tracy Keller; K.D. by his next friend Laura Ferenci; C.O. by her next friend Laura Ferenci; L.L. by his next friend Gerald Kegler; T.T. and M.T. by their next friend Dr. Caryn Zembrosky; T.M., T.E., and A.T. by their next friend James Dorsey; A.W. and J.W. by their next friend Margaret Shulman, and I.W., D.W., and B.W by their next friend Gloria Anderson, individually and on behalf of all others similarly situated, | Civil No.  0:17-cv-01826-PAM-BRT |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION** |
| v. | |
| Hennepin County; Hennepin County Department of Human Services and Public Health; David J. Hough, Hennepin County Administrator; Jennifer DeCubellis, Hennepin County Deputy Administrator for Health and Human Services; Jodi Wentland, Hennepin County Director of Human Services; Janine Moore, Director, Hennepin County Child and Family Services; and Tony Lourey, Commissioner, Minnesota Department of Human Services, | |
| Defendants. | |

Plaintiffs T.F. by his next friend Tracy Keller; K.D. by his next friend Laura Ferenci; C.O. by her next friend Laura Ferenci; L.L. by his next friend Gerald Kegler; T.T. and M.T. by their next friend Dr. Caryn Zembrosky; T.M., T.E., and A.T. by their next friend James Dorsey; A.W. by his next friend Margaret Shulman; I.W., D.W., and

B.W. by their next friend Gloria Anderson; and J.W. by her next friend Margaret

Shulman ("Plaintiffs"), by and through their undersigned counsel, respectfully move this

Court for an Order under Fed. R. Civ. P. 23(e) granting preliminary approval of the

Parties' settlement and provisionally certifying the proposed Settlement Classes for

purposes of effectuating the settlement.

Plaintiffs' Motion for Preliminary Approval of Settlement and Provisional Class

Certification is based upon the grounds set forth in the Memorandum of Law and the

Affidavits submitted herewith and all of the files, records, and proceedings in this matter,

as well as the arguments of counsel at the hearing on this Motion.


Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**


Dated:  July 12, 2019            *s/ James L. Volling*
                                 James L. Volling, MN Atty #113128
                                  *James.Volling@FaegreBD.com*
                                 Larry E. LaTarte, MN Atty #0397782
                                  *Larry.LaTarte@FaegreBD.com*
                                 Nathaniel J. Zylstra, MN Atty #0314328
                                  *Nathaniel.Zylstra@FaegreBD.com*
                                 Nicholas J. Nelson, MN Atty #0391984
                                  *Nicholas.Nelson@FaegreBD.com*
                                 Jeffrey P. Justman, MN Atty #0390413
                                  *Jeff.Justman@FaegreBD.com*
                                 Laura Reilly, MN Atty #0397655
                                  *Laura.Reilly@FaegreBD.com*
                                 2200 Wells Fargo Center
                                 90 South Seventh Street
                                 Minneapolis, MN  55402-3901
                                 Telephone:  (612) 766-7000

A BETTER CHILDHOOD, INC.
Marcia Robinson Lowry (admitted *pro hac vice*)
 *mlowry@abetterchildhood.org*
Sarah Jaffe (admitted *pro hac vice*)
 *sjaffe@abetterchildhood.org*
1095 Hardscrabble Road
Chappaqua, New York 10514

CUTI HECKER WANG LLP
Eric Hecker (admitted *pro hac vice*)
 *ehecker@chwllp.com*
305 Broadway
New York, New York 10007

**Attorneys for Plaintiffs**

US.123821950.02