# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| T.F. by his next friend Tracy Keller; K.D. by his next friend Laura Ferenci; C.O. by her next friend Laura Ferenci; L.L. by his next friend Gerald Kegler; T.T. and M.T. by their next friend Dr. Caryn Zembrosky; T.M., T.E., and A.T. by their next friend James Dorsey; A.W. and J.W. by their next friend Margaret Shulman, and I.W., D.W., and B.W by their next friend Gloria Anderson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Hennepin County; Hennepin County Department of Human Services and Public Health; David J. Hough, Hennepin County Administrator; Jennifer DeCubellis, Hennepin County Deputy Administrator for Health and Human Services; Jodi Wentland, Hennepin County Director of Human Services; and Jodi Harpstead, Commissioner, Minnesota Department of Human Services,<br><br>    Defendants. | Civil No.  0:17-cv-01826-PAM-BRT<br><br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FINAL CLASS CERTIFICATION** |

Plaintiffs T.F. by his next friend Tracy Keller; K.D. by his next friend Laura

Ferenci; C.O. by her next friend Laura Ferenci; L.L. by his next friend Gerald Kegler;

T.T. and M.T. by their next friend Dr. Caryn Zembrosky; T.M., T.E., and A.T. by their

next friend James Dorsey; A.W. by his next friend Margaret Shulman; I.W., D.W., and

B.W. by their next friend Gloria Anderson; and J.W. by her next friend Margaret Shulman ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order under Fed. R. Civ. P. 23(e) granting final approval of the parties' settlement and finally certifying the proposed Settlement Classes for purposes of effectuating the settlement.

Plaintiffs' Motion for Final Approval of Settlement and Final Class Certification is based upon the grounds set forth in the Memorandum of Law and the Declarations submitted herewith and all of the files, records, and proceedings in this matter, as well as the arguments of counsel at the hearing on this Motion.

Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

Dated:  November 1, 2019

*s/ James L. Volling*
James L. Volling, MN Atty #113128
  *James.Volling@FaegreBD.com*
Larry E. LaTarte, MN Atty #0397782
  *Larry.LaTarte@FaegreBD.com*
Nathaniel J. Zylstra, MN Atty #0314328
  *Nathaniel.Zylstra@FaegreBD.com*
Nicholas J. Nelson, MN Atty #0391984
  *Nicholas.Nelson@FaegreBD.com*
Jeffrey P. Justman, MN Atty #0390413
  *Jeff.Justman@FaegreBD.com*
Laura Reilly, MN Atty #0397655
  *Laura.Reilly@FaegreBD.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7000

-3-

A BETTER CHILDHOOD, INC.
Marcia Robinson Lowry (admitted *pro hac vice*)
 *mlowry@abetterchildhood.org*
Sarah Jaffe (admitted *pro hac vice*)
 *sjaffe@abetterchildhood.org*
355 Lexington Ave., 16th Floor
New York, New York 10017

CUTI HECKER WANG LLP
Eric Hecker (admitted *pro hac vice*)
 *ehecker@chwllp.com*
305 Broadway
New York, New York 10007

***Attorneys for Plaintiffs/Class Counsel***

US.125220268.01